**Roscoe BONNER, Claimant-Appellant**

v.

**Robert D. SNYDER, Acting Secretary of Veterans Affairs, Respondent-Appellee**

2016-1589

United States Court of Appeals, Federal Circuit.

February 8, 2017

PHILIP SHENG, Davis Polk & Wardwell LLP, Menlo Park, CA, argued for claimant-appellant. Also represented by ANDREW YAPHE.

IGOR HELMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; SAMANTHA ANN SYVERSON, BRIAN D. GRIFFIN, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

(Lourie, Moore, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**